The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ENLIVENING TECHNOLOGIES LLC; RIPUDAMAN,<br><br>Plaintiff,<br><br>v.<br><br>KATHY A. BARAN, *et al.*,<br>Defendants. | CASE NO. 2:19-cv-01975-RSL<br><br>STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD<br><br>Note on Motion Calendar:<br>February 7, 2020 |

## STIPULATION

The parties submit the following stipulation and proposed order to agree that defendants may have a one week extension, until February 14, 2020, to file the Certified Administrative Record in this matter. Good cause is shown because although defendants are working diligently to prepare the record, they need additional time to ensure that it is complete and to process it for filing.

Stipulated Motion
2:19-cv-01975-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Stipulated to and presented this 7th day of February, 2020.

| | |
|---|---|
| GIBBS HOUSTON PAUW | BRIAN T. MORAN<br>United States Attorney |
| s/ Robert Pauw<br>ROBERT PAUW<br>1000 Second Ave., Suite 1600<br>Seattle, WA 98104<br>Phone: 206-682-1080<br>Email: rgibbs@ghp-law.net<br><br>Counsel for Plaintiff | s/ Sarah K. Morehead<br>SARAH K. MOREHEAD, WSBA #29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: sarah.morehead@usdoj.gov<br><br>Counsel for Defendants |

Stipulated Motion
2:19-cv-01975-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

The parties having stipulated and agreed, the Court orders that defendants may have a one week extension, until February 14, 2020, to file the Certified Administrative Record.

DATED this 10th day of February, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Judge

Stipulated Motion
2:19-cv-01975-RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970