District Judge Robert S. Lasnik

Robert Pauw, WSBA No. 13613
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
Phone: (206)682-1080
Fax: (206)689-2270
Email: rpauw@ghp-law.net

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Enlivening Technologies LLC;<br>Ripudaman,<br><br>         *Plaintiffs*,<br>     v.<br><br>Kathy A. Baran; *et al*.,<br><br>         *Defendants*. | Case No.  19-1975-RSL<br><br><br>STIPULATION AND PROPOSED ORDER<br>FOR VOLUNTARY DISMISSAL |

Plaintiff and Federal Defendants, through their counsel, hereby STIPULATE, AGREE, AND JOINTLY REQUEST as follows:

In light of the covid-19 pandemic, Plaintiffs have decided not to pursue this litigation and desire to voluntarily withdraw their lawsuit.  Federal Defendants are not opposed to the voluntary dismissal of this lawsuit.  Therefore, the Plaintiffs and the Federal Defendants JOINTLY REQUEST that this case be DISMISSED without prejudice and without costs or fees.

STIPULATION FOR DISMISSAL - 1
2:20-cv-840

Dated this 9th day of July, 2020.

| | |
|---|---|
| GIBBS HOUSTON PAUW | BRIAN T. MORAN<br>United States Attorney |
| /s/ Robert Pauw<br>ROBERT PAUW WSBA#13613<br>1000 Second Avenue, Suite 1600<br>Seattle, WA 98104-1003<br>Phone: 206-682-1080<br>Fax No. 206)-689-2270<br>E-mail: rpauw@ghp-law.net<br>*Attorney for Plaintiff* | /s/ Sarah Morehead<br>SARAH MOREHEAD, WSBA#29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: sarah.morehead@usdoj.gov<br>*Attorney for Federal Defendants* |

## ORDER

The parties having stipulated and agreed, the Court orders that this case is dismissed without prejudice and without costs or fees.

DATED this __10th__ day of July, 2020.

_____
ROBERT S. LASNIK
United States District Judge

STIPULATION FOR DISMISSAL - 2
2:20-cv-840